**David Eugene BRINKLEY,
Plaintiff–Appellant,**

v.

**The UNITED STATES of America; Roscoe Ramsey, Doctor; Doctor Carlos Duchesne; P.A. Gonzalez; Warden Tommy Johns, Defendants–Appellees.**

No. 12–6176.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2012.

Decided: July 12, 2012.

David Eugene Brinkley, Appellant Pro Se.

Before KEENAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Eugene Brinkley appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2006) this action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and the Federal Tort Claims Act. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Brinkley v. United States,* No. 5:10–ct–03084–BO (E.D.N.C. Mar. 11, 2011) & 2012 WL 78376 (Jan. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*